IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

AUTOCELL LABORATORIES, INC.,   )
                                     )
        Plaintiff,           )
                                     )
   v.                   )  Civ. No. 08-760-SLR
                                     )
CISCO SYSTEMS INC.,         )
                                     )
        Defendant.      )

**ORDER**

At Wilmington this 5ᵗʰ day of January 2011, consistent with the memorandum opinion issued this same date;

IT IS ORDERED that:

1. Cisco's motion for summary judgment of noninfringement (D.I. 165) of the '858 patent is granted.

2. Cisco's motions for summary judgment of invalidity (D.I. 156; D.I. 158; D.I. 162) of the '858 patent are denied.

3. Autocell's motion for summary judgment of infringement (D.I. 155) of the '858 patent is denied.

_____
United States District Judge